**FILED
FRONT COUNTER
2025 APR -3 AM 11: 09
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION**

**Chapter 11 Petition for Reorganization**

**VOLUNTARY PETITION UNDER CHAPTER 11**

(Submitted by Authorized Representative of the Private Estate)

To the Clerk of the Court:

I, **Skinner; Danielle-DeAndra,** a living woman and the Authorized Representative and Executor of the private estate that holds legal and equitable title to the business known as **DNR REAL ESTATE**, do hereby file this **voluntary petition for reorganization** under Chapter 11 of Title 11 of the United States Code, on behalf of the private estate-held entity referenced above.

This filing is made in honor, in good faith, and for the following causes:

1. **To preserve the estate's beneficial interest** in the assets, operations, and lawful use of DNR Real Estate, which has encountered temporary financial distress **due to the gross misuse and misapplication of the estate's financial instruments** by third-party actors, including but not limited to **Small Business Administration (SBA) loans and Primis**, in commercial transactions that were not authorized by or in alignment with the estate's trust principles or fiduciary structure.

2. **To restructure current obligations**—including those derived from unauthorized or improperly executed instruments—so that they align with commercial law, estate trust governance, and the principles of private contract.

3. **To prevent further unlawful seizure, encumbrance, or misrepresentation** of the estate's assets and proprietary interests by external parties or agencies that lack verified standing, privity of contract, or fiduciary authority under trust law and estate jurisdiction.

4. **To continue lawful operations** of DNR Real Estate while maintaining all valid and verified relationships with vendors, tenants, contractors, employees, and any private party acting in honor with the estate.

I affirm that I am not a minor, ward, or incompetent. I do not consent to nor waive any rights or remedies secured to the estate under the Constitution, common law, trust law, commercial law, or international private contract. All rights are reserved **nunc pro tunc and ab initio**. This entity is not being dissolved, abandoned, or sold—it is being **reorganized under full estate authority and trust protections** to correct and remedy the administrative trespasses and commercial injuries imposed by third parties.

**Estate Principal Address (for court records only):**
c/o 100 Randolph Road
Fredericksburg, Virginia 00000
Stafford County (Private Estate Land Record Reference)

Please find attached:

- The completed Chapter 11 Petition (Official Form 201)
- Initial schedules and statements
- List of known creditors

- Statement of financial affairs
- Proof of estate ownership interest in the debtor entity
- Declaration of Representative Authority

Thank you for your attention to this matter.

Respectfully submitted this 3rd day of April, 2025.

**By:**
**Danielle Skinner**
Authorized Representative & Executor
THE ESTATE OF DANIELLE SKINNER AND THE ESTATE OF RUPERT RICHARDS
c/o 100 Randolph Road
Fredericksburg, Virginia 00000
skinner.dnaielle.d@gmail.com

*Skinner, Danielle Aerreva*

## Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**
(12/15)

**1. Debtor's name**

DNR REAL ESTATE

**2. All other names debtor used in the last 8 years**

None

**3. Debtor's federal Employer Identification Number (EIN)**

[Insert EIN] 851092789

**4. Debtor's address**

Principal place of business:

100 Randolph Road

Fredericksburg, Virginia 00000

Mailing address, if different from principal place of business:

Same as above

**5. Debtor's website (URL)**

[Insert if applicable]

**6. Type of debtor**

[X] Corporation (includes LLC and LLP)

[ ] Partnership

[ ] Other. Specify:

**7. Describe nature of business**

[ ] Health Care Business   [ ] Single Asset Real Estate

[ ] Railroad         [ ] Stockbroker

[ ] Commodity Broker     [ ] Clearing Bank

[X] None of the above

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

[ ] Chapter 7

[ ] Chapter 9

[X] Chapter 11 – Reorganization (Note: filed by Executor on behalf of estate-held entity)

[ ] Chapter 12

[ ] Chapter 15

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

[ ] No

[ ] Yes. District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or affiliate of the debtor?**

[ ] No

[X] Yes. Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in this district?**

[X] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

[X] No

[ ] Yes. Answer below:

What is the property and what is the need for immediate attention?

_____

Where is the property? _____

_____

NOTE: This voluntary petition is being submitted by the Executor of the SKINNER-RICHARDS FAMILY ESTATE in honor and good faith for the sole purpose of preserving and reorganizing the operations of the estate-held business, DNR REALTY. This filing shall not be construed as an admission of debt, waiver of rights, or consent to external claims by any third party. All assets of DNR REAL ESTATE remain the sole property of the SKINNER-RICHARDS FAMILY ESTATE and may not be seized, liquidated, or claimed by any outside entities without lawful proof of claim, fiduciary duty, and privity of contract with the estate. The estate, its executor, and its beneficiaries retain all rights nunc pro tunc and ab initio.

**Signature of Authorized Representative of Debtor**

Executed on 04/03/2025 MM / DD / YYYY

Danielle Skinner

Signature of Authorized Representative of Debtor

Title: Executor and Authorized Representative of the SKINNER-RICHARDS FAMILY ESTATE

*Skinner, Danielle-Dehndra*

# STATEMENT OF FINANCIAL AFFAIRS

FOR:

DNR REAL ESTATE, a private business held by THE SKINNER-RICHARDS FAMILY ESTATE

Filed by: Danielle Skinner, Authorized Representative and Executor of the Estate

## PART I – INTRODUCTION

This Statement is submitted by the Authorized Executor of the SKINNER-RICHARDS FAMILY ESTATE in support of the Chapter 11 Reorganization Petition filed to protect the beneficial and equitable interest of the estate's business entity: **DNR REAL ESTATE.**

This filing is not made due to commercial insolvency but in response to **fraudulent encroachment and unlawful use of estate-held financial instruments by third parties,** specifically the **Small Business Administration (SBA)** and **Premise Bank,** who securitized and/or transferred loan instruments without proper authority, jurisdiction, or full disclosure.

## PART II – ENTITY OVERVIEW

- **Business Name:** DNR REAL ESTATE
- **Entity Classification:** Privately held business, owned and operated through a private irrevocable trust
- **Ownership:** Solely held by the SKINNER-RICHARDS FAMILY ESTATE
- **Legal Authority:** Managed by the Trustee/authorized representative under estate law and private trust jurisdiction

## PART III – FINANCIAL SUMMARY (as of most recent accounting)

- **Gross Monthly Revenue (Projected):** $12,500 – $18,000
- **Current Operational Liabilities:** Under review, pending verification and rejection of all unlawful or fraudulent claims
- **Secured Assets:** Business name, goodwill, commercial license, client lists, operational documents, and location-based real property
- **Known Claimants:** Premise Bank, SBA (claims disputed pending debt nullification and full chain of title disclosures)

## PART IV – CAUSE OF HARDSHIP / REORGANIZATION NECESSITY

The current financial stress does **not originate from mismanagement or commercial failure**, but from:

1. **Unlawful securitization and resale of the estate's business instruments**
2. **Failure by outside servicers to disclose transfer or sale of the underlying loan contracts**
3. **Unauthorized UCC activity and IRS submissions under color of law, misrepresenting estate-owned property**
4. **Threats of collection and legal enforcement against the estate's property based on invalid or sold debt**

The estate has initiated formal rebuttals and issued Notices of Unlawful Securitization and Cease and Desist instructions to the responsible parties.

## PART V – BENEFICIARIES AND INTERNAL CREDITORS

The only lawful creditors of the SKINNER-RICHARDS FAMILY ESTATE are its **named beneficiaries**:

- **Danielle Skinner**
- **Rupert Richards**

No third-party agency or entity may make claim to the property or proceeds of the estate absent a verified and lawful contract.

## PART VI – ACCOUNTING PRESERVATION

As a private estate, DNR REAL ESTATE does not report under corporate GAAP. However, internal estate-ledgers, trust documentation, and accounting affidavits have been generated to support:

- Proof of ownership
- Proof of fair exchange and discharged liabilities
- Proof of non-consent to securitization or public taxation

All future proceeds and obligations will be restructured through lawful and equitable channels as part of this reorganization effort.

**Executed by:**

**Skinner; Danielle**
Authorized Representative for the SKINNER-RICHARDS FAMILY ESTATE

*[Signature: Skinner; Danielle DeAnatra]*